**Order entered April 19, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01353-CV

## GQ ENTERPRISES CORPORATION, Appellant

### V.

## INAYATALI RAJANI AND THE RAJANI GROUP, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-05188**

## ORDER

This appeal was dismissed for want of jurisdiction January 18, 2013, and our mandate issued April 1, 2013. We dismissed the appeal because appellant's notice of appeal was untimely, and appellant failed to comply with our directive to file an extension motion reasonably explaining why the notice of appeal was untimely.

On March 27, 2013, appellant filed the extension motion, and on April 4, 2013, appellant filed a motion to recall the mandate. In the extension motion, appellant explains it miscalculated the deadline for filing the notice of appeal. Appellant also explains it did not receive our letter directing it to file the extension motion nor the opinion and judgment dismissing the appeal. According to appellant, it became aware the appeal had been dismissed when it retained new

counsel March 18, 2013. Appellant asserts generally the same arguments in its motion to recall the mandate. Appellees have not responded to either motion.

We construe appellant's extension motion not only as a motion for extension of time to file the notice of appeal, but also as a motion for rehearing and as a motion for additional time pursuant to Texas Rule of Appellate Procedure 4.5. Because the motion was filed within fifteen days of the date appellant acquired knowledge of the dismissal and ninety days of the date of dismissal, we **GRANT** appellant's request for additional time. *See* TEX. R. APP. P. 4.5. We further **GRANT** a rehearing, the motion to extend time to file the notice of appeal, and the motion to recall the mandate. We **RECALL** our April 1, 2013 mandate, **WITHDRAW** our January 18, 2013 memorandum opinion, **VACATE** our judgment of that date, and **REINSTATE** the appeal. Appellant's notice of appeal filed August 13, 2012 is deemed timely filed.

As our records reflect the clerk's record has been filed and no reporter's record was requested, we **ORDER** appellant to file its brief within thirty days of the date of this order. Appellees shall file their brief within thirty days of the filing of appellant's brief.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE